UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| ANITA JOHNSTON,<br><br>          Plaintiff,<br><br>vs.<br><br>INDYMAC BANK FSB, now<br>ONEWEST BANK FSB; MERS;<br>WESTERN THRIFT AND LOAN;<br>QUALITY LOAN SERVICE CORP;<br>IMB REO LLC<br><br>          Defendants. | 2:10-CV-01003-PMP-RJJ<br><br>**ORDER** |

On June 24, 2010, Plaintiff Anita Johnston filed a Complaint and Petition for Temporary Restraining Order (Doc. #2) and a Motion for Recusal of the Undersigned United States District Judge (Doc. #3). To the extent the petition for temporary restraining order contained within Plaintiff's Complaint seeks specific injunctive relief, it is difficult to determine when sale of the real property in question is scheduled to occur. However, to insure prompt consideration of the injunctive relief requested by Plaintiff Johnston,

**IT IS ORDERED that** Plaintiff Anita Johnston's Complaint and Petition for Temporary Restraining Order (Doc. #2) is hereby set for a hearing on, **Thursday, July 22, 2010, at 4:30 PM**, Courtroom 7C.

/ / /

**IT IS FURTHER ORDERED that** because Plaintiff Johnston states no grounds to support her Motion for Recusal of the Undersigned United States District Judge (Doc. #3) said motion is **DENIED**.

DATED:  July 1, 2010.

_____
PHILIP M. PRO
United States District Judge